Yuri Mackiw (06912-CJC-PLA 1868385)
Evan W. Woolley (State Bar No. 286385)
Lauren Timmons (Admitted Pro Hac Vice)
ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, CA 900071
Telephone: (213) 576-1000

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMEGOODS, INC.<br><br>Plaintiff(s)<br><br>v.<br>CONSTANTINO A. PAPANICOLAOU AKA DINO PAPANICOLAOU, and CAP 2801, LLC DBA HOMEGREATS,<br><br>Defendant(s) | CASE NUMBER:<br>CV- **19-06912-CJC-PLA**<br><br>**WRIT OF EXECUTION** |

**TO:** THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On December 5, 2019 a judgment was entered in the above-entitled action in favor of:

Homegoods, Inc.

as Judgment Creditor and against:

Constantino A. Papanicolaou and CAP 2801, LLC

as Judgment Debtor, for:

$ 0.00 Principal,
$ 58,157.50 Attorney Fees,
$ 0.00 Interest **, and
$ 4,008.01 Costs, making a total amount of
$ **62,165.51** **JUDGMENT AS ENTERED**

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

**WRIT OF EXECUTION**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California , to wit:

$ 188.59 accrued interest, and
$ 0.00 accrued costs, making a total of
$ 188.59 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 62,354.10 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 62,165.51 Is due on the judgment as entered and bears interest at 1.6 percent per annum, in the amount of $ 2.73 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: February 13, 2020

By: _____
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Constantino A. Papanicolaou          CAP 2801, LLC
262 West Highland Drive              262 West Highland Drive
Camarillo, CA 93010                  Camarillo, CA 93010


Constantino A. Papanicolaou          CAP 2801, LLC
3151 West 5th Street, Suite B        3151 West 5th Street, Suite B
Oxnard, CA 93030                     Oxnard, CA 93030
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Constantino A. Papanicolaou         CAP 2801, LLC
262 West Highland Drive             262 West Highland Drive
Camarillo, CA 93010                 Camarillo, CA 93010


Constantino A. Papanicolaou         CAP 2801, LLC
3151 West 5th Street, Suite B       3151 West 5th Street, Suite B
Oxnard, CA 93030                    Oxnard, CA 93030
```

### NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Alston & Bird LLP, 333 South Hope Street, 16th Floor, Los Angeles, CA 90071. On February 12, 2020, I served the foregoing document(s) described as: **WRIT OF EXECUTION** by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| **Constantino A. Papanicolaou**<br>CAP2801oxn@gmail.com<br>3151 W. 5th Street, Suite B<br>Oxnard, California 93030 | ☐ Via Overnight Courier<br>☐ Via Hand Delivery<br>✓ Via U.S. Mail<br>✓ Via E-mail<br>☐ Via Electronic Filing |
| **CAP 2801, LLC**<br>CAP2801oxn@gmail.com<br>3151 W. 5th Street, Suite B<br>Oxnard, California 93030 | ☐ Via Overnight Courier<br>☐ Via Hand Delivery<br>✓ Via U.S. Mail<br>✓ Via E-mail<br>☐ Via Electronic Filing |

I am readily familiar with our firm's processing of correspondence via electronic mail and U.S. Mail. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this Court at whose direction the service was made; and that this declaration was executed on February 12, 2020, at Los Angeles, California.

/s/ Evan W. Woolley
Evan W. Woolley
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-3004
Telephone: (213) 576-1000