YURI MIKULKA (SBN 185926)
EVAN W. WOOLLEY (SBN 286385)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California 90071-3004
Telephone: (213) 576-1000
Email: yuri.mikulka@alston.com
　　　　evan.woolley@alston.com

LARRY C. JONES *(Admitted Pro Hac Vice)*
LAUREN R. TIMMONS *(Admitted Pro Hac Vice)*
**ALSTON & BIRD LLP**
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Telephone: (704) 444-1000

*Attorneys for Plaintiff, HomeGoods, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMEGOODS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONSTANTINO A. PAPANICOLAOU AKA DINO PAPANICOLAOU, and CAP 2801, LLC DBA HOMEGREATS,<br><br>　　　　Defendants. | **Case No: 2:19-cv-06912-CJC-PLA**<br><br>[Assigned to Honorable Cormac J. Carney]<br><br>**REQUEST FOR ORDER GRANTING APPOINTMENT TO SERVE PROCESS**<br><br>[Fed. R. Civ. Proc. 4(c)(3); L.R. 64-2] |

Pursuant to Federal Rules of Civil Procedure 4(c)(3) and Central District Local Rule 64-2, Plaintiff and judgment creditor HomeGoods, Inc. ("Plaintiff") hereby respectfully requests that: (1) any writ of execution issued by the Clerk for the United States District Court, Central District of California, in the above-referenced case, *HomeGoods, Inc. v. Constantino A. Papanicolaou et. al*, Case No. 2:19-cv-06912, may be served by All-N-One Legal Support, a registered California process server whose business address is 1545 Wilshire Boulevard, Suite 715, Los Angeles, California 90017, be specifically appointed to serve any Writs of Attachment and Writs of Execution in this action in lieu of the United States Marshals Service because the United States Marshal of the Central District does not levy on writs; and (2) the United States Marshals Service remain the levying officer.

DATED: February 13, 2020

　　　　　　　　　　　　　　　　 /s/ Evan W. Woolley

　　　　　　　　　　　　　　YURI MIKULKA (SBN 185926)
　　　　　　　　　　　　　　EVAN W. WOOLLEY (SBN 286385)
　　　　　　　　　　　　　　LARRY C. JONES *(Admitted Pro Hac Vice)*
　　　　　　　　　　　　　　LAUREN R. TIMMONS *(Admitted Pro Hac Vice)*
　　　　　　　　　　　　　　**ALSTON & BIRD LLP**

　　　　　　　　　　　　　　*Attorneys for Plaintiff, HomeGoods, Inc.*

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Alston & Bird LLP, 333 South Hope Street, 16th Floor, Los Angeles, CA 90071. On February 13, 2020, I served the foregoing document(s) described as: **REQUEST FOR ORDER GRANTING APPOINTMENT TO SERVE PROCESS** by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| **Constantino A. Papanicolaou**<br>CAP2801oxn@gmail.com<br>3151 W. 5th Street, Suite B<br>Oxnard, California 93030 | ☐ Via Overnight Courier<br>☐ Via Hand Delivery<br>✓ Via U.S. Mail<br>✓ Via E-mail<br>☐ Via Electronic Filing |
| **CAP 2801, LLC**<br>CAP2801oxn@gmail.com<br>3151 W. 5th Street, Suite B<br>Oxnard, California 93030 | ☐ Via Overnight Courier<br>☐ Via Hand Delivery<br>✓ Via U.S. Mail<br>✓ Via E-mail<br>☐ Via Electronic Filing |

I am readily familiar with our firm's processing of correspondence via electronic mail and U.S. Mail. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this Court at whose direction the service was made; and that this declaration was executed on February 13, 2020, at Los Angeles, California.

*/s/ Evan W. Woolley*
Evan W. Woolley
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Telephone: (213) 576-1000