| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|---|
| PLAINTIFF<br>Homegoods, Inc. | | COURT CASE NUMBER<br>2:19-cv-06912-CJC-PLAX | |
| DEFENDANT<br>Constantino A. Papanicolaou and CAP 2801, LLC | | TYPE OF PROCESS<br>Writ of Execution | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Wells Fargo Advisors |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>300 E. Esplanade Dr. Suite 1250, Oxnard, CA 93036 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Yuri Mikulka / Lauren Timmons<br>Alston & Bird LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
any and all assets of debtor, including his brokerage account

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 704-444-1115
DATE: 2/18/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 2/21/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS
Served on: 2-25-2020
Mailed On: 2-28-2020

FILED
2020 MAR 10 PM 12:39
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Yuri Mikulka, Esq., SBN: Bar No. 185926<br>Alston & Bird LLP<br>333 S. Hope Street 16th Floor<br>Los Angeles, CA 90071<br>TELEPHONE No.: (213) 576-1000   FAX No. (Optional): (213) 576-1100<br>Attorney for: JUDGMENT | E-MAIL ADDRESS (Optional): | |
| | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT -**

Plaintiff: **HOMEGOODS, INC.**

Defendant: **CONSTANTINO A. PAPANICOLAOU, et.,al.**

| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV-19-06912-CJC-PLA |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Notice of Levy (Enforcement of Judgment); Writ of Execution; Memorandum of Garnishee (Attachment-Enforcement of Judgment)**

PARTY SERVED: **WELLS FARGO ADVISORS**

PERSON SERVED: **ANDREINNA ELIZARRARAZ - LEAD TELLER - PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS**

DATE & TIME OF DELIVERY: **2/25/2020**
**2:17 PM**

ADDRESS, CITY, AND STATE: **300 ESPLANADE DRIVE, SUITE 1250**
**OXNARD, CA 93036**

MANNER OF SERVICE:

**Personal Service - By personally delivering copies, pursuant to CCP. 415.10**

Fee for Service: $ 225.00
County: SANTA BARBARA
Registration No.: 245
All-N-One Legal Support, Inc.
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 28, 2020.

Signature: _Jeffrey Jaime_
Jeffrey Jaime

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                       Order#: 0166837/General

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Yuri Mikulka, Esq., SBN: Bar No. 185926<br>Alston & Bird LLP<br>333 S. Hope Street 16th Floor<br>Los Angeles, CA 90071<br>TELEPHONE No.: (213) 576-1000    FAX No. (Optional): (213) 576-1100 | E-MAIL ADDRESS (Optional): | |
| Attorney for: JUDGMENT | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT -**

Plaintiff: **HOMEGOODS, INC.**

Defendant: **CONSTANTINO A. PAPANICOLAOU, et.,al.**

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV-19-06912-CJC-PLA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am an Independent Contractor in the county where the mailing occurred.

On February 28, 2020, after service under section CCP 415.10 was made, I mailed copies of the:

2. **Notice of Levy (Enforcement of Judgment); Writ of Execution; Exemptions from the Enforcement of Judgments; Current Dollar Amounts of Exemptions from Enforcement of Judgments; Claim of Exemption (Enforcement of Judgment); Financial Statement (Wage Garnishment- Enforcement of Judgment)**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:          **February 28, 2020**
   b. Place of Mailing:         **Los Angeles, CA 90017**
   c. Addressed as follows:     **CONSTANTINO A. PAPANICOLAOU**
                                **3151 WEST 5TH STREET, # B**
                                **OXNARD, CA 93030**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business, pursuant to CCP. 684.120.

Fee for Service: $ 225.00
    County: LOS ANGELES
    Registration: # 2971
    **All-N-One Legal Support, Inc.**
    1541 Wilshire Blvd, Suite 405
    Los Angeles, CA 90017
    (213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 28, 2020**.

Signature: John J. Gonzalez

**PROOF OF SERVICE BY MAIL**

Order#: 0166837/mailproof

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Yuri Mikulka, Esq., SBN: Bar No. 185926<br>Alston & Bird LLP<br>333 S. Hope Street 16th Floor<br>Los Angeles, CA 90071<br>TELEPHONE No.: (213) 576-1000   FAX No. (Optional): (213) 576-1100 | E-MAIL ADDRESS (Optional): | |
| Attorney for: JUDGMENT | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT -**

Plaintiff: **HOMEGOODS, INC.**

Defendant: **CONSTANTINO A. PAPANICOLAOU, et.,al.**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV-19-06912-CJC-PLA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am an Independent Contractor in the county where the mailing occurred.

On February 28, 2020, after service under section CCP 415.10 was made, I mailed copies of the:

2. **Notice of Levy (Enforcement of Judgment); Writ of Execution; Exemptions from the Enforcement of Judgments; Current Dollar Amounts of Exemptions from Enforcement of Judgments; Claim of Exemption (Enforcement of Judgment); Financial Statement (Wage Garnishment- Enforcement of Judgment)**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:         **February 28, 2020**
   b. Place of Mailing:        **Los Angeles, CA 90017**
   c. Addressed as follows:    **CAP 2801, LLC**
                               **3151 WEST 5TH STREET, # B**
                               **OXNARD, CA 93030**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business, pursuant to CCP. 684.120.

Fee for Service: **$ 225.00**
County: **LOS ANGELES**
Registration: # 2971
**All-N-One Legal Support, Inc.**
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 28, 2020**.

Signature: _John J. Gonzalez_

**PROOF OF SERVICE BY MAIL**

Order#: 0166837/mailproof

| Attorney or Party without Attorney:<br>Yuri Mikulka, Esq., SBN: Bar No. 185926<br>Alston & Bird LLP<br>333 S. Hope Street 16th Floor<br>Los Angeles, CA 90071<br>TELEPHONE No.: (213) 576-1000   FAX No. (Optional): (213) 576-1100<br>E-MAIL ADDRESS (Optional):<br>Attorney for: JUDGMENT<br>Ref No. or File No.: | FOR COURT USE ONLY |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT -**

Plaintiff: **HOMEGOODS, INC.**

Defendant: **CONSTANTINO A. PAPANICOLAOU, et., al.**

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV-19-06912-CJC-PLA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am an Independent Contractor in the county where the mailing occurred.

On February 28, 2020, after service under section CCP 415.10 was made, I mailed copies of the:

2. **Notice of Levy (Enforcement of Judgment); Writ of Execution; Exemptions from the Enforcement of Judgments; Current Dollar Amounts of Exemptions from Enforcement of Judgments; Claim of Exemption (Enforcement of Judgment); Financial Statement (Wage Garnishment- Enforcement of Judgment)**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:   **February 28, 2020**
   b. Place of Mailing:   **Los Angeles, CA 90017**
   c. Addressed as follows:   **CONSTANTINO A. PAPANICOLAOU**
   **262 WEST HIGHLAND DRIVE**
   **CAMARILLO, CA 93010**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business, pursuant to CCP. 684.120.

Fee for Service: **$ 225.00**
County: **LOS ANGELES**
Registration: # 2971
**All-N-One Legal Support, Inc.**
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 28, 2020.**

Signature: _John J. Gonzalez_

**PROOF OF SERVICE BY MAIL**

Order#: 0166837/mailproof

| Attorney or Party without Attorney:<br>Yuri Mikulka, Esq., SBN: Bar No. 185926<br>Alston & Bird LLP<br>333 S. Hope Street 16th Floor<br>Los Angeles, CA 90071<br>TELEPHONE No.: (213) 576-1000   FAX No. (Optional): (213) 576-1100   E-MAIL ADDRESS (Optional):<br>Attorney for: JUDGMENT | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT -**

Plaintiff: **HOMEGOODS, INC.**

Defendant: **CONSTANTINO A. PAPANICOLAOU, et.,al.**

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV-19-06912-CJC-PLA |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am an Independent Contractor in the county where the mailing occurred.

On February 28, 2020, after service under section CCP 415.10 was made, I mailed copies of the:

2. **Notice of Levy (Enforcement of Judgment); Writ of Execution; Exemptions from the Enforcement of Judgments; Current Dollar Amounts of Exemptions from Enforcement of Judgments; Claim of Exemption (Enforcement of Judgment); Financial Statement (Wage Garnishment- Enforcement of Judgment)**

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   a. Date of Mailing:        **February 28, 2020**
   b. Place of Mailing:       **Los Angeles, CA 90017**
   c. Addressed as follows:   **CAP 2801, LLC**
                              **262 WEST HIGHLAND DRIVE**
                              **CAMARILLO, CA 93010**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business, pursuant to CCP. 684.120.

Fee for Service: $ 225.00
County: **LOS ANGELES**
Registration: # 2971
**All-N-One Legal Support, Inc.**
1541 Wilshire Blvd, Suite 405
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 28, 2020**.

Signature: _____
John J. Gonzalez

**PROOF OF SERVICE BY MAIL**

Order#: 0166837/mailproof